## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00354-KLM

TERI FAHRENBRUCH, a Colorado resident,

Plaintiff,

v.

CROSSROADS COMMUNITY CHURCH, Inc.
a Colorado Nonprofit Corporation.

Defendant.

___

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
___

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff and Defendant, each by and through their respective undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of this action and all claims associated with the above-captioned case, with each side to bear its own costs and attorneys' fees.

Respectfully submitted this 21st day of April, 2021.

*/s/ Laura S. Tuel*                          */s/ Eden R. Rolland*
_____      _____
Laura S. Tuel, Esq #40192              Eden Rolland, Esq #48877
Attorney for Plaintiff                       Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of April, 2021, a true and correct copy of the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew R. McLetchie
Eden R. Rolland
Fowler, Schimberg, Flanagan & McLetchie P.C.
350 Indiana Street, Suite 850
Golden, Colorado 80401
*Attorneys for Defendants*

*A duly signed copy is on file at the*
*offices of The Advocate Edge, LLC*

By: */s/ Laura S. Tuel*
Laura S. Tuel, Esq.